UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
FEB 0 6 2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ENERCON, INC., | \* | CIV 06-4051 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| ELITE ENERGY SYSTEMS, INC.; MICHAEL PULCZINSKI; and STEVE NELSON, | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the stipulation of counsel, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff is hereby dismissed upon the merits, with prejudice, with the sole exception that it is without prejudice to the Plaintiff's right to file in this action a Promissory Note, Verified Statement and Confession of Judgment executed by Defendant Elite Energy Systems, Inc., on January 9, 2007, in connection with the settlement of this action and a related matter in the District of North Dakota, under such circumstances as are recited therein. Each party shall pay their own costs.

Dated this 6th day of February, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Margulies_
DEPUTY